No. 80–6543. BEACHEM *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 80–6549. DICKINSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 80–6550. BAZAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–6553. HUDSON *v.* COMMERCE CLEARING HOUSE, INC. C. A. 2d Cir. Certiorari denied.

No. 80–6555. CARCIONE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 80–6558. BOWERS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 80–6562. DOMINGUEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–6563. FOUNTAIN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 80–6566. BURROUGHS *v.* SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 6th Cir. Certiorari denied.

No. 80–254. CALIFORNIA *v.* SMITH. Ct. App. Cal., 1st App. Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 80–1027. MARSHALL ET AL. *v.* DOE. C. A. 5th Cir. Certiorari denied. THE CHIEF JUSTICE, JUSTICE WHITE, and JUSTICE REHNQUIST would grant the petition and reverse the judgment for the reasons stated by JUSTICE REHNQUIST in his dissent from the denial of certiorari in *Alioto* v. *Williams,* 450 U. S. 1012 (1981).